Generated: Feb 15, 2024 2:12PM                                                                                                    Page 1/1



# U.S. District Court

### Texas Western - Waco

Receipt Date: Feb 15, 2024 2:12PM

Double Dairy
910 E FM 219
Hico, TX 76457

| Rcpt. No: 1170 | | Trans. Date: Feb 15, 2024 2:12PM | | | Cashier ID: #CA |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | dtxw624cv000086:<br>**FBO**: Henrik Hauschildt | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #3102 | 01/29/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Civil filing fee in case DTXW624CV000086

Clerk, United States District Court - Waco Division - 800 Franklin Ave, Rm 380, Waco, TX 76701 (254) 750-1501 - www.txwd.uscourts.gov