Name:  Henrik Hauschild

Address: 910 FM 219

Hico, Texas 76457

Phone Number:  (254) 459-0352

Email Address:  dhdairy@gmail.com

*Pro Se*

**FILED**

March 01, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

HENRIK HAUSCHILDT

PLAINTIFF(S)

v.

AGTEXAS FARM CREDIT SERVICES

DEFENDANT(S)

CASE NUMBER

6:24-cv-00086

**APPLICATION FOR PERMISSION
TO FILE ELECTRONICALLY**

As the ☒ Plaintiff ☐ Defendant     in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  2-26-2024

Signature:  *H. Hauschildt*

Henrik Hauschildt
910 E FM 219
Hico, TX 76457

NORTH TEXAS TX P&DC
DALLAS TX 750
28 FEB 2024   PM 3   L

FREEDOM

RECEIVED

MAR 01 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

U.S. District Clerk's office

800 Franklin Ave., Room 380

Waco, TX 76701

76701-193480