**FILED**
March 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HENRIK HAUSCHILDT | ) |
| *Plaintiff,* | ) |
| vs. | ) Cause No: 6:24-cv-00086-ADA-JCM |
| AGTEXAS FARM CREDIT SERVICES | ) |
| *Defendant.* | ) |

## NOTICE OF SERVICE OF PROCESS

COMES NOW, HENRIK HAUSCHILDT, plaintiff, by and through, Henrik Hauschildt, Agent, Pro Se, and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On March 26th, 2024, Defendant AGTEXAS FARM CREDIT SERVICES, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4. Copy of the *Affidavit of Service* is attached.

March 29, 2024                                        RESPECTFULLY SUBMITTED,

BY:     /s/ *Henrik Hauschildt*
Henrik Hauschildt
Plaintiff, Pro Se
dhdairy@gmail.com
(254) 459-0352

### Certificate of Service

Plaintiff certifies that on March 29th, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF.

/s/ *Henrik Hauschildt*