AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   6:24-CV-00086-ADA-JCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **AGTexas Farm Credit Services**
was recieved by me on **3/22/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o R. Wade King**, who is designated by law to accept service of process on behalf of **AGTexas Farm Credit Services** at **2001 S Soncy Rd, Amarillo, TX 79124** on **03/26/2024 at 10:39 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  03/26/2024

*Server's signature*

**Susan Mullin**
Printed name and title

5711 Purdue St.
Amarillo, TX 79109

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o R. Wade King, EVP General Counsel with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with a beard and a mustache.**



Tracking #: 0128174626
