**FILED**
April 01, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____CV_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HENRIK HAUSCHILDT ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Cause No: 6:24-cv-00086-ADA-JCM |
| ) | |
| AGTEXAS FARM CREDIT SERVICES ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF SERVICE OF PROCESS

COMES NOW, HENRIK HAUSCHILDT, plaintiff, by and through, Henrik Hauschildt, Agent, Pro Se, and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On March 26th, 2024, Defendant AGTEXAS FARM CREDIT SERVICES, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4. Copy of the *Affidavit of Service* is attached.

March 29, 2024                              RESPECTFULLY SUBMITTED,

                                      BY:     /s/ *Henrik Hauschildt*
                                                Henrik Hauschildt
                                                Plaintiff, Pro Se
                                                dhdairy@gmail.com
                                                (254) 459-0352

### Certificate of Service

Plaintiff certifies that on March 29th, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF.

                                                                      /s/ *Henrik Hauschildt*