**FILED**
April 05, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

HENRIK HAUSCHILDT )
)
*Plaintiff,* )
)
vs. ) Cause No: 6:24-cv-00086-ADA-JCM
)
AGTEXAS FARM CREDIT SERVICES )
)
*Defendant.* )

## NOTICE OF SERVICE OF PROCESS

COMES NOW, HENRIK HAUSCHILDT, plaintiff, by and through, Henrik Hauschildt, Agent, Pro Se, and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On March 26th, 2024, Defendant AGTEXAS FARM CREDIT SERVICES, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4. Copy of the *Affidavit of Service* is attached.

March 29, 2024                                   RESPECTFULLY SUBMITTED,

BY:   /s/ *Henrik Hauschildt*
Henrik Hauschildt
Plaintiff, Pro Se
dhdairy@gmail.com
(254) 459-0352

### Certificate of Service

Plaintiff certifies that on March 29th, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF.

/s/ *Henrik Hauschildt*

Civil Action No.    6:24-CV-00086-ADA-JCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  AGTexas Farm Credit Services
was recieved by me on  3/22/2024:

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on c/o R. Wade King, who is designated by law to accept service of process on behalf of AGTexas Farm Credit Services at 2001 S Soncy Rd, Amarillo, TX 79124 on 03/26/2024 at 10:39 AM; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  03/26/2024

_____
Server's signature

Susan Mullin
Printed name and title

5711 Purdue St.
Amarillo, TX 79109

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to c/o R. Wade King, EVP General Counsel with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with a beard and a mustache.




Tracking #: 0128174626





CERTIFIED MAIL

NORTH TEXAS TX 760
8 APR 2024

Retail

7022 2410 0000 8817 9412

RDC 99

76701

U.S. POSTAGE PAID
FCM LETTER
HICO, TX 76457
APR 03, 2024
$5.08
R2305P150248-04

RECEIVED
APR 0 5 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

U.S. District Clerk's Office

800 Franklin Ave., Room 380

Waco TX 76701

76701-193480