**FILED**
April 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HENRIK HAUSCHILDT | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) ) Cause No: 6:24-cv-00086-ADA-JCM |
| AGTEXAS FARM CREDIT SERVICES | ) ) ) |
| *Defendant.* | ) |

## NOTICE – COURTESY REMINDER OF OUTSTANDING MOTION

COMES NOW, HENRIK HAUSCHILDT, plaintiff, by and through, Henrik Hauschildt, Agent, Pro Se, and hereby files this *Notice – Courtesy Reminder of Outstanding Motion* in the Cause captioned above, in support thereof, would show this honorable court the following:

**Filing and Docketing of Motion:** Henrik Hauschildt submitted an Application for Permission to File Electronically (hereinafter referred to as "the Motion") on February 26, 2024. This Motion was received and appropriately docketed by the Clerk of this Honorable Court on March 1, 2024, as evidenced in Docket Entry No. 4.

**Subsequent Communication with the Clerk:** On April 2, 2024, Henrik Hauschildt reached out to the Clerk's Office to check on the status of the aforementioned *Motion*. In response, he was advised to await the Court's decision on his application and was informed that "ELECTRONIC FILING IS NOW MANDATORY" for all submissions.



**Purpose of This Courtesy Reminder:** This reminder serves to respectfully bring to the Court's attention the pending *Motion* and to request the Court's consideration at its earliest convenience. This will ensure compliance with the new electronic filing requirements and facilitate the ongoing proceedings.

I appreciate the Court's attention to this matter and look forward to its resolution. Please do not hesitate to contact me should there be any need for further information or discussion regarding this issue.

April 26th, 2024                                             RESPECTFULLY SUBMITTED,

                                                    BY:    /s/ *Henrik Hauschildt*
                                                           Henrik Hauschildt
                                                           Plaintiff, Pro Se
                                                           dhdairy@gmail.com
                                                           (254) 459-0352

**Certificate of Service**

Plaintiff certifies that on April 26th, 2024, the foregoing *Notice* was filed with the Clerk of this Court via USPS mailing.

                                                           /s/ *Henrik Hauschildt*

Henrik Hauschildt
910 E FM 219
Hico, TX 76457

7022 2410 0000 8817 9795




Retail

U.S. POSTAGE PAID
FCM LETTER
HICO, TX 76457
APR 26, 2024
76701
$8.73
RDC 99
R2305P150248-04

RECEIVED

APR 29 2024

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

U.S. District Clerk's Office
800 Franklin Ave, Room 380
Waco, TX 76701

76701-193480