IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HENRIK HAUSCHILDT )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>AGTEXAS FARM CREDIT SERVICES )<br>)<br>*Defendant.* ) | Cause No: 6:24-cv-00086-ADA-JCM |

### (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT

Before the Court is the Motion for Entry of Default by the Clerk filed by Plaintiff HENRIK HAUSCHILDT ("Plaintiff") by Henrik Hauschildt, Agent, Pro Se, against Defendant AGTEXAS FARM CREDIT SERVICES ("Defendant"). Upon consideration of the motion, the supporting documents filed therewith, and the record in this case, the Court finds as follows:

**FINDINGS:**

1. **Service and Default:** The Court finds that Plaintiff properly served the Summons and Complaint on Defendant on March 26, 2024, in accordance with Federal Rule of Civil Procedure 4. Defendant was required under Federal Rule of Civil Procedure 12(a)(1)(A)(i) to file a responsive pleading by **April 16, 2024**. Defendant has failed to file an answer or otherwise defend in this action.

2. **Procedural Requirements Satisfied:** The Plaintiff has satisfied the procedural requirements under Federal Rule of Civil Procedure 55(a) for the entry of default. The failure of the Defendant to plead or otherwise defend has been adequately shown by the

affidavit of Susan Mullin, the process server, and the docket entries maintained by the Clerk of this Court.

3. **Motion for Default:** Plaintiff's Motion for Entry of Default by the Clerk is well-founded and should be granted.

**ORDERED:**

1. **Entry of Default:** The Clerk of Court is hereby directed to enter the default of Defendant AGTEXAS FARM CREDIT SERVICES for failing to plead or otherwise defend in this matter as required by law.

2. **Further Proceedings:** This matter will proceed accordingly, and Plaintiff may seek judgment against Defendant as contemplated by Federal Rule of Civil Procedure 55(b) upon proper motion and hearing, if required.

**IT IS SO ORDERED.**


Dated:_____                             _____
                                                Judge, United States District Court


*Distribution:*

Counsel and all Parties of record.