IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HENRIK HAUSCHILDT | ) |
| *Plaintiff,* | ) |
| vs. | ) Cause No: 6:24-cv-00086-ADA-JCM |
| AGTEXAS FARM CREDIT SERVICES | ) |
| *Defendant.* | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Upon consideration of Plaintiff Henrik Hauschildt's Motion for Leave to Amend Plaintiff's Complaint for Damages, the supporting memorandum, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall file Plaintiff's Amended Complaint for Damages, attached to the motion as *Exhibit A*, as of the date of this Order.

**SO ORDERED** this ____ day of _____, 2024.

**IT IS SO ORDERED.**


Dated:_____               _____
                                    Judge, United States District Court

***Distribution:***

Counsel and all Parties of record.