FILED
September 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____cav_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HENRIK HAUSCHILDT | ) |
| *Plaintiff,* | ) |
| vs. | ) Cause No: 6:24-cv-00086-ADA-JCM |
| AGTEXAS FARM CREDIT SERVICES | ) |
| *Defendant.* | ) |

## PLAINTIFF'S NOTICE OF STATUS TO THE COURT

COMES NOW, Plaintiff Henrik Hauschildt, appearing pro se, to respectfully submit this Notice to the Court regarding the status of pending motions and the overall progression of the above-captioned matter. Plaintiff extends gratitude to the Court for its careful attention to this case and expresses sincere respect for the Court's schedule and workload.

**Summary of Procedural Status**

Plaintiff acknowledges the significant motions and filings that have already taken place in this case. On **July 1, 2024**, *Plaintiff's Amended Complaint* was filed (ECF No. 15) following the Court's granting of *Plaintiff's Motion for Leave to File* (ECF No. 14). Subsequently, Defendant AGTexas Farm Credit Services filed a ***Second Motion to Dismiss*** under Rule 12(b)(1) and 12(b)(6) (ECF No. 17), to which Plaintiff timely responded on **July 19, 2024** (ECF No. 18).

Despite the passage of time, Defendant has failed to rebut or respond to Plaintiff's opposition, leaving the matter unresolved and awaiting the Court's consideration.

**Request for Action on Pending Motions**

Mindful of the Court's demanding docket, Plaintiff respectfully submits this Notice to inquire as to the status of the outstanding **Second Motion to Dismiss** (ECF No. 17) and any further proceedings that the Court deems appropriate. Plaintiff does not wish to burden the Court but seeks to ensure that this matter progresses efficiently and that the interests of justice are served.

**Conclusion**

Plaintiff appreciates the Court's careful consideration of the matters before it and remains committed to actively participating in any future proceedings. Plaintiff respectfully requests that the Court consider addressing the outstanding motions at its earliest convenience, should the Court's schedule allow.

Plaintiff thanks the Court once again for its time, attention, and dedication to this case.

Dated:  September 20th, 2024                                                                   RESPECTFULLY SUBMITTED,

                                                                                                                          HENRIK HAUSCHILDT

                                                                                    BY:        /s/ *Henrik Hauschildt*
                                                                                                     Henrik Hauschildt, agent
                                                                                                     910 E FM 219
                                                                                                     Hico, Texas 76457
                                                                                                     dhdairy@gmail.com
                                                                                                     (254) 459-0352

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20th, 2024, a copy of the foregoing was filed with the Clerk of this Court as is required by Pro Se litigants via ECF.  All counsel of record were served with the same.

*Distribution:*

Stephanie E. Schwab
Attorney for Defendant AGTEXAS FARM CREDIT SERVICES
NAMAN, HOWELL, SMITH & LEE, PLLC
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901
sschwab@namanhowell.com.