**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| HENRIK HAUSCHILDT, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **6:24-CV-00086-ADA-DTG** |
| | § | |
| AGTEXAS FARM CREDIT | § | |
| SERVICES, | § | |
| *Defendant.* | § | |
| | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. 21. The report and recommendation examined Defendant AgTexas Farm Credit Services' Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. 17) and recommended the undersigned **GRANT** the Motion and that this case be **DISMISSED WITHOUT PREJUDICE**. Judge Gilliland issued the report and recommendation on May 4, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Gilliland's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 21) is **ADOPTED**. Defendant's Motion to Dismiss (Dkt. 17) is **GRANTED**. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on May 19, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE