UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HENRIK HAUSCHILDT, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **6:24-CV-00086-ADA-DTG** |
| | § | |
| AGTEXAS FARM CREDIT | § | |
| SERVICES, | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On May 19, 2026, the undersigned adopted the report and recommendation of United States Magistrate Judge Derek T. Gilliland and **DISMISSED WITHOUT PREJUDICE** Plaintiff's cause of action. As nothing remains to resolve, the renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on May 19, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE